*E-Filed 10/20/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA CALLOWAY, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>CASH AMERICA NET OF CALIFORNIA, LLC, d/b/a CASHNET USA; and CASH AMERICA INTERNATIONAL, INC.,<br><br>    Defendants.<br>_____/ | No. C 09-04858 RS<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

Defendants have filed a motion to dismiss or transfer, docket [6] in the above-captioned matter. This motion is noticed for hearing on December 2, 2009, at 9:30 a.m. In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than November 2, 2009.

IT IS SO ORDERED.

Dated: 10/20/09

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE