1  RONALD WILCOX, ESQ. (SBN 176601)
   2160 The Alameda, Suite F, First Floor
2  San Jose, CA 95126
   Telephone: (408) 296-0400
3  Facsimile: (408) 296-0486

4  Attorney for Plaintiff
   Theresa Calloway
5
   KATHLEEN E. FINNERTY (SBN 157638)
6  M. THERESA TOLENTINO MEEHAN (SBN 204112)
   GREENBERG TRAURIG, LLP
7  1201 K Street, Suite 1100
   Sacramento, CA 95814-3938
8  Telephone: (916) 442-1111
   Facsimile: (916) 448-1709
9  finnertyk@gtlaw.com; meehant@gtlaw.com

10 Attorneys for Defendants
   Cash America International, Inc., Cash America Net of
11 California, LLC dba CASHNETUSA

12

13                UNITED STATES DISTRICT COURT

14             FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

| 16 | THERESA CALLOWAY, on behalf of herself and all others similarly situated, | ) | CASE NO.: C09-04858 RS |
|---|---|---|---|
| 17 | | ) ) | STIPULATION TO ADR, REQUEST TO CONTINUE CMC AND |
| 18 | Plaintiff, | ) ) | [PROPOSED] ORDER |
| 19 | v. | ) ) | AS MODIFIED BY THE COURT |
| 20 | CASH AMERICA NET OF CALIFORNIA, LLC d/b/a CASHNETUSA and | ) ) ) | |
| 21 | CASH AMERICA INTERNATIONAL, INC., | ) ) | |
| 22 | Defendants. | ) ) | |
| 23 | | ) | |

24

25

26

27

28

SAC 441,617,319 v1 019185.010600                    Case No. C09-04858 RS
STIPULATION TO ADR, REQUEST TO CONTINUE CMC, AND [PROPOSED] ORDER

1  The parties hereby consent to mediate this matter through the Northern District
2  of California Alternative Dispute Resolution Unit.
3  The parties respectfully request the Court continue the February 10, 2010 Case
4  Management Conference approximately 90 days (preferably to May 5, 2010). The
5  parties also request that the Joint Case Management Statement be filed seven (7) days
6  prior to the new continued Case Management Conference date. The parties will conduct
7  discovery in accordance with the Federal Rules of Civil Procedure, and will serve initial
8  disclosures on or before February 19, 2010.

10 Dated: January 20, 2010    By:    /s/ Ronald Wilcox
11                                    Ronald Wilcox
                                      Attorneys for Plaintiff
12                                    Theresa Calloway

14 Dated: January 20, 2010    By: _____
                                      Kathleen E. Finnerty
15                                    M. Theresa Tolentino Meehan
                                      Attorneys for Defendants
16                                    Cash America International, Inc.,
                                      Cash America Net of California, Inc. d/b/a
17                                    CashNetUSA

---

1                                                                   Case No. C09-04858 RS
STIPULATION TO ADR, REQUEST TO CONTINUE CMC, AND [PROPOSED] ORDER

1  [PROPOSED] ORDER

2

3      The stipulation of the parties is hereby adopted. The parties shall mediate this
4  matter. The Case Management Conference of February 10, 2010, is continued to
5  May 6, 2010 at 10:00 a.m.*      , and the Joint Case Management Statement is due
6  seven (7) days before the Case Management Conference. Parties will serve initial
7  disclosures on or before February 19, 2010.

8

9      IT IS SO ORDERED.

10

11  Dated: January 21, 2010         _____
                                    Richard Seeborg
12                                  U.S. District Court Judge

13  * The Case Management Conference will
    take place in Courtroom 3 on the 17th
14  Floor of the United States Courthouse,
    450 Golden Gate Avenue, San Francisco.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2                                             Case No. C09-04858 RS
STIPULATION TO ADR, REQUEST TO CONTINUE CMC, AND [PROPOSED] ORDER