*E-Filed 6/28/10*

1

2  Ronald Wilcox, Esq., State Bar No. 176601

2160 The Alameda, Suite F, First Floor

3  San Jose, CA 95126

Tel: (408) 296-0400

4  Fax: (408) 296-0486

5  ATTORNEY FOR PLAINTIFF

6
                    **UNITED STATES DISTRICT COURT**
7                 **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**
8

9  THERESA CALLOWAY,                    )
                                        )    CIV. NO.  C09-04858 RS
10         Plaintiff,                   )
                                        )
11     v.                               )    **REQUEST TO CONTINUE JULY 1, 2010**
                                        )    **CMC and  ~~[Proposed]~~ ORDER**
12                                      )
   CASHNET USA, Inc. et al.,            )
13                                      )
                                        )
14         Defendant.                   )
                                        )
15 _____     )

16

17         The parties attended mediation but were unable to resolve this matter.  The parties continued to

18 discuss potential settlement; however, via e-mail Defendant's counsel indicated she is currently on a

19 remote island in Indonesia (returning on July 6, 2010), and requests the court continue the Case

20 Management Conference ("CMC").  In light of Defendant's unavailability Plaintiff requests the Court

21 continue the CMC for three-weeks.

22

23 Dated: June 25, 2010                          /s/Ronald Wilcox_____
                                                 Ronald Wilcox, Counsel for Plaintiff
24

25

26

27

28

- 1 -

1
## [Proposed] ORDER

2

3
   The July 1, 2010 Case Management Conference of February 10, 2010 is hereby continued to

4

5

6
   July 29, 2010   .                    The parties shall file a Joint Case Management Conference
                                        Statement by July 22, 2010.

7

8
**IT IS SO ORDERED.**

9

10
Date:    6/25/10

11

12

13
_____
Richard Seeborg

14
U.S. DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28