*E-Filed 7/26/10*

Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| THERESA CALLOWAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> CASHNET USA, Inc. et al., ) <br> ) <br> ) <br> Defendant. ) <br> ) | CIV. NO.  C09-04858 RS <br><br> **REQUEST TO CONTINUE JULY 29, 2010 CASE MANAGEMENT CONFERENCE and ~~[Proposed]~~ ORDER** |

The parties have been working out the details of a potential class action settlement.  In an email of July 22, 2010, Defendants' counsel indicated she needed a few days to work things through with her client, and then we could move towards drafting the necessary settlement documents. Therefore, Plaintiff requests the Court continue the Case Management Conference for two-weeks.

Dated: July 22, 2010                                        /s/Ronald Wilcox_____
                                                            Ronald Wilcox, Counsel for Plaintiff

1 **[Proposed] ORDER**

The July 29, 2010 Case Management Conference is hereby continued to August 12, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**

Date: 7/26/10

_____
Hon. Richard Seeborg
U.S. DISTRICT COURT JUDGE