*E-Filed 8/9/10

Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THERESA CALLOWAY, | ) |
| Plaintiff, | ) CIV. NO.  C09-04858 RS |
| v. | ) **REQUEST TO CONTINUE August 12, 2010** |
|  | ) **CMC and  [Proposed] ORDER** |
| CASHNET USA, Inc. et al., | ) |
| Defendant. | ) |

The parties have reached an agreement on the terms of a class action settlement. The parties will be filing a Joint Motion for Class Certification and Preliminary Approval, and therefore request the Court continue the Case Management Conference for 30-days.

Dated: August 5, 2010                                          /s/Ronald Wilcox_____
                                                               Ronald Wilcox, Counsel for Plaintiff

- 1 -

~~[Proposed]~~ **ORDER**

The August 12, 2010 Case Management Conference is hereby continued to

 October 28, 2010            .   A Joint Case Management Statement shall be due one week prior to the conference.

**IT IS SO ORDERED.**

Date:    8/9/2010

_____
Hon. Richard Seeborg
U.S. DISTRICT COURT JUDGE