*E-Filed 12/3/10*

Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| THERESA CALLOWAY,<br><br>    Plaintiff,<br><br>    v.<br><br>CASHNET USA, Inc. et al.,<br><br>    Defendant. | CIV. NO. C09-04858 RS<br><br>**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: December 9, 2010<br>U.S. District Court<br>450 Golden Gate<br>San Francisco, CA |

On October 28, 2010, the Court issued the following Order:

"As discussed at the CMC, the parties shall submit their joint proposed class certification and settlement agreement on or before 12/9/10. If no statement is received, the parties shall appear at a Case Management Conference December 9, 2010 10:00 a.m."

On Tuesday, November 30, 2010, Defendants sent Plaintiff a draft/proposed joint motion for class certification. Both of Plaintiff's counsel have been out of the office the entire week. Since the Court's routine practice is for a Case Management Conference Statement to be filed one-week before a CMC (which would be Thursday, December 2, 2010) apprising the Court of the status of the case, Plaintiff hereby submits this statement and respectfully requests the Court continue the December 9, 2010 CMC for 2 weeks. This will provide Plaintiff a fair opportunity to review the documents just provided, and attempt to resolve any problems with the draft language.

In the alternative, Plaintiff respectfully requests co-counsel Rand Bragg be allowed to appear at the December 9, 2010 CMC via telephone from his office in Chicago, IL. (Tel: 312-372-8822).

1
2
3   Dated: December 2, 2010                    /s/Ronald Wilcox
                                               Ronald Wilcox, Counsel for Plaintiff
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[Proposed] ORDER**

The December 9, 2010 Case Management Conference is hereby continued to 1/6/11 at 10:00 a.m.

Date:   12/2/10

_____
Hon. Richard Seeborg
U.S. DISTRICT COURT JUDGE