*E-Filed 2/3/11*

1  KATHLEEN E. FINNERTY (SBN 157638)
   **FINNERTY LAW OFFICES**
2  1520 Eureka Road, Suite 101
   Roseville, CA 95661
3  Phone: (916) 781-3466
   KFinn@KFinnertyLaw.Com
4
   Attorneys for Defendant,
5  Cash America Net of California, LLC dba
   CashNetUSA
6

7

8               UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  THERESA CALLOWAY, on behalf of        CASE NO.: 5:09-CV-04858-RS
    herself and all others similarly situated,
12                                         **SUBSTITUTION OF ATTORNEYS**
         Plaintiff,
13
    v.
14
    CASH AMERICA NET OF CALIFORNIA,
15  LLC d/b/a CASHNETUSA and CASH
    AMERICA INTERNATIONAL, INC.,
16
         Defendants.
17

1  TO THE COURT, THERESA CALLOWAY AND HER ATTORNEYS OF
2  RECORD:
3      **PLEASE TAKE NOTICE THAT** that Defendant, Cash America Net of
4  California, LLC dba CashNetUSA ("Defendant") hereby substitutes Kathleen E.
5  Finnerty, Finnerty Law Offices, 1520 Eureka Road, Suite 101, Roseville, CA 95661;
6  (916) 781-3644; kfinn@kfinnertylaw.com, as its attorney of record in place and instead
7  of Greenberg Traurig, LLP.
8      I have read and consent to this substitution.
9  DATED: January 12, 2010        CASH AMERICA NET OF CALIFORNIA,
10                                     LLC dba CASHNETUSA

By: _____
    LISA YOUNG

    I accept the above substitution.

DATED: January 12, 2010        FINNERTY LAW OFFICES

By: _____
    KATHLEEN E. FINNERTY

    **IT IS SO ORDERED.**

    February 3, 2011
DATED: ~~January ___, 2010~~

_____
JUDGE OF THE DISTRICT COURT