Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| THERESA CALLOWAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CASHNET USA, Inc. et al., ) <br> ) <br> ) <br> Defendant. ) <br> ) | CIV. NO.  C09-04858 RS <br><br> **REQUEST TO CONTINUE MARCH 3, 2011 HEARING DATE TO MARCH 10, 2011, AND REQUEST TO APPEAR BY PHONE** <br><br> Date: March 3, 2011 <br> U.S. District Court <br> 450 Golden Gate <br> San Francisco, CA |

    The Court reset the motion hearing, noticed for March 2, 2011, to March 3, 2011.  The parties have met and conferred, and due to a calendar conflict, respectfully request the Court continue the matter to March 10, 2011.

    Additionally, Plaintiff respectfully requests co-counsel Rand Bragg be allowed to appear at the motion hearing via telephone from his office in Chicago, IL. (Tel: 312-372-8822).

Dated: February 23, 2011                     /s/Ronald Wilcox
                                             Ronald Wilcox, Counsel for Plaintiff

**[~~Proposed~~] ORDER**

The March 3, 2011 motion hearing is hereby continued to <u>March 17, 2011 at</u> 11:30 a.m.

All parties are to appear by telephone and are to make arrangements with Courtcall at Tel: (866) 582-6878.

Date:  2/24/11

_____
Hon. Richard Seeborg
U.S. DISTRICT COURT JUDGE

- 2 -